# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH LAI NGOC NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>GEO GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-03944-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITION |

On June 2, 2026, the Court ordered Respondents to file a response to the petition within thirty days. (ECF No. 10.) To date, no response has been filed.

Accordingly, the Court HEREBY DIRECTS Respondents to file a response to the petition within seven (7) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **July 16, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE